## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 48 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the Chester |
| | : County Court of Common Pleas, Criminal |
| | : Division, dated May 7, 2014 at No. |
| v. | : CP-15-CR-0001051-2013 |
| | : |
| | : |
| ALEJANDRO GUZMAN, | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See <u>Commonwealth v. Hopkins</u>, 117 A.3d 247 (Pa. 2015).